UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 4:24-CR-0058 JMD JSD |
| | ) | |
| BRANDON SHAW, | ) | |
| | ) | |
| Defendant. | ) | |

## **RESPONSE TO MOTION FOR RETURN OF PROPERTY**

COMES NOW the United States of America, by and through its attorneys, Thomas C. Albus, United States Attorney for the Eastern District of Missouri, and Jennifer L. Szczucinski, Assistant United States Attorney for said District, and opposes the Defendant's Motion for Return of Property. Doc, 128.  In support of said motion, the Government states the following:

1. As stated by counsel for the Defendant, the Defendant consented to his phones being searched.

2. It took a significant period of time for the phones to be searched and analyzed.

3. On December 12, 2025, the complete analysis of the Defendant's phones, the consent to search, and the report summarizing that analysis was provided to defense counsel.

Accordingly, the United States respectfully requests the Court deny the Defendant's Motion to Return Property.

Respectfully submitted,

THOMAS C. ALBUS
United States Attorney

/s/ *Jennifer L. Szczucinski*
JENNIFER L. SZCZUCINSKI #56906 MO
Assistant United States Attorney

1

111 South 10th Street, Room 20.333
St. Louis, Missouri  63102
(314) 539-2200

## CERTIFICATE OF SERVICE

I hereby certify that on <u>December 29, 2025</u>, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system all counsel of record.


 */s/ Jennifer L. Szczucinski*
JENNIFER L. SZCZUCINSKI, #56906MO
ASSISTANT UNITED STATES ATTORNEY